**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

AVERY GOSS,

     Petitioner,

v.                                                           Case No. 3:20cv6021-MCR-HTC

RICKY D. DIXON,

     Respondent.

_____/

### **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation, ECF No. 16. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** that:

1.      The clerk is directed to update the case file information to reflect Ricky D. Dixon as the Respondent.[1]

2.      The magistrate judge's Report and Recommendation (ECF No. 16) is adopted and incorporated by reference in this order.

3.      The habeas petition challenging the conviction in *State v. Goss*, 2017-CF-6952, in Escambia County, Florida, ECF Doc. 1, is DENIED without an evidentiary hearing.

4.      A certificate of appealability is DENIED.

5.      The clerk of court is directed to close the file.

**DONE AND ORDERED** this 26th day of May 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] Ricky D. Dixon succeeded Mark S. Inch as Secretary of the Florida Department of Corrections and is automatically substituted as the respondent. *See* Fed. R. Civ. P. 25(d).

Case No. 3:20cv6021-MCR-HTC